

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00012-CR

| | | |
|---|---|---|
| Lonnie Charles Williams, III | § | From County Criminal Court No. 1 |
| | § | of Denton County (CR-2016-07798-C) |
| | § | |
| v. | § | January 25, 2018 |
| | § | Opinion by Justice Bleil |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment.  It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  _/s/ Charles Bleil_____
Justice Charles Bleil